B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Secured California Investments, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>**95-4494411** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**11620 Wilshire Blvd, 10th Floor**<br>**Los Angeles, CA**    ZIP CODE **90025** | Street Address of Joint Debtor (No. & Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:    Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (4/10)           Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Secured California Investments, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed:    - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☒ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

    ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Secured California Investments, Inc.** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X /s/ Jeffrey N. Pomerantz<br>Signature of Attorney for Debtor(s)<br>**Jeffrey N. Pomerantz CA Bar No. 143717**<br>Printed Name of Attorney for Debtor(s)<br>**Pachulski Stang Ziehl & Jones LLP**<br>Firm Name<br>**10100 Santa Monica Blvd**<br>**11th Floor**<br>**Los Angeles, CA 90067**<br>Address<br>Email:jpomerantz@pszjlaw.com<br>310-277-6910 Fax:310-201-0760<br>Telephone Number<br>**February 11, 2011**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Authorized Individual<br>**Marc Paul**<br>Printed Name of Authorized Individual<br>**President**<br>Title of Authorized Individual<br>**February 11, 2011**<br>Date | |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Jeffrey N. Pomerantz<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd<br>11th Floor<br>Los Angeles, CA 90067<br>310-277-6910 Fax: 310-201-0760<br>CA Bar No. 143717<br>☒ Attorney for: Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Secured California Investments, Inc.<br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists                                  Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists      Date Filed: _____
☐ Other: _____                            Date Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____                    **February 11, 2011**
*Signature of Authorized Signatory of Filing Party*                       Date
**Marc Paul**
*Printed Name of Authorized Signatory of Filing Party*

**President**
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____                    **February 11, 2011**
*Signature of Attorney for Filing Party*                                         Date
**Jeffrey N. Pomerantz**
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
*November 2006*

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

## ACTION BY UNANIMOUS WRITTEN CONSENT
## OF THE
## BOARD OF DIRECTORS
## OF
## SECURED CALIFORNIA INVESTMENTS, INC.

The undersigned, being all the directors of Secured California Investments, Inc., a California corporation (the "*Company*"), by their signature below or on a counterpart hereof hereby consent to the adoption of the following resolutions without a meeting, as permitted by Section 307(b) of the California General Corporation Law and by Article III, Section 13 of the Bylaws of the Company:

WHEREAS, the Board of Directors has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, and the market for the Company's products and services;

WHEREAS, the Board of Directors has received, reviewed and considered the recommendations of the senior management of the Company and the Company's legal and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Chapter 11 of Title 11 of the United States Code ("*Chapter 11*");

NOW, THEREFORE, BE IT RESOLVED that, in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors, stockholders and other interested parties, that a voluntary petition be filed by the Company under the provisions of Chapter 11;

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action which they deem necessary or proper to obtain such relief;

RESOLVED FURTHER that Pachulski Stang Ziehl & Jones LLP is retained as general bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under Title 11 of the United States Code (the "*Bankruptcy Code*"), and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Chapter 11 proceeding, and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers in connection with the filing of the Chapter 11 case, and to cause to be filed appropriate applications for authority to retain the services of Pachulski Stang Ziehl & Jones LLP;

DOCS_LA:232528.1

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers in connection with the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of such firms;

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and empowered to obtain post-petition financing according to terms to be negotiated by management of the Company, including under debtor-in-possession credit facilities or relating to the use of cash collateral; and to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and empowered for, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

RESOLVED FURTHER that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of the members of the Board of Directors of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

2

\* \* \* \*

    This Unanimous Written Consent may be executed in one or more counterparts, each of which shall be an original and all of which together shall be one and the same instrument. This Action by Unanimous Written Consent shall be filed in the minute book of the Company and become a part of the records thereof.

_____
Robert Robotti

_____
Marc Paul

Dated as of February 11, 2011

3

## CERTIFICATE OF SECRETARY

The undersigned, Joseph Barth, the Secretary of Secured California Investments, Inc., a California corporation (the "*Company*"), hereby certifies as follows:

1. I am the duly elected and incumbent Secretary of the Company and, as such, I am familiar with the facts herein certified and I am duly authorized to certify same on behalf of the Company.

2. Attached hereto is a true, complete and correct copy of resolutions duly adopted by the Board of Directors of the Company.

3. Such resolutions have not been amended, altered, annulled, rescinded or revoked and are in full force and effect as of the date hereof. There exist no other resolutions of the Board of Directors of the Company relating to the matters set forth in the resolutions attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the ___ day of February, 2011.

Name: Joseph Barth
Title: Secretary

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    Secured California Investments, Inc.    Case No. _____
                                   Debtor(s)    Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| First Citizenz Bank<br>515 S Flower St<br>Suite 1200<br>Los Angeles, CA 90071 | John Schulhof<br>First Citizenz Bank<br>515 S. Flower St. #1200<br>Los Angeles, CA 90071<br>213-623-5418 | Loan/Line of Credit | | 20,003,889.46 |
| Wachovia Bank<br>333 S Grand Ave<br>9th Flr<br>Los Angeles, CA 90071 | Gail E. Tubbs<br>Wachovia Bank<br>333 S Grand Ave<br>9th Flr<br>Los Angeles, CA 90071<br>213-253-3368 | Line of Credit | | 3,736,583.03 |
| Martin Schiff<br>TTEE, Schiff Family Trust<br>1220 Corsica Drive<br>Pacific Palisades, CA 90272 | Martin Schiff, TTEE<br>Schiff Family Trust<br>1220 Corsica Drive<br>Pacific Palisades, CA 90272<br>310-454-6172 | Note Payable - Fort Myers | | 842,325.00 |
| Irvin Q. & Marilyn Sobel, TTEE<br>10490 Wilshire Blvd. #1404<br>Los Angeles, CA 90024 | Irvin Sobel<br>Irvin Q. & Marilyn Sobel, TTEE<br>10490 Wilshire Blvd. #1404<br>Los Angeles, CA 90024<br>310-475-7039 | Note Payable - Fort Myers | | 330,000.00 |
| Richard and Pauline R. Schneider<br>905 Buena Vista Street<br>So. Pasadena, CA 91030 | Richard Schneider<br>Richard & Pauline Schneider<br>905 Buena Vista Street<br>So. Pasadena, CA 91030<br>323-913-4939 | Notes Payable - Fort Myers | | 272,250.00 |
| Fidelity International, Inc.<br>c/o Wayne Pridgeon<br>4265 Marina City Drive #917<br>Marina Del Rey, CA 90292 | Wayne Pridgen<br>Fidelity International, Inc. c/o Wayne<br>4265 Marina City Drive #917<br>Marina Del Rey, CA 90292<br>310-301-6523 | Note Payable - Fort Myers | | 165,000.00 |
| Bruce Hensel MD<br>Def Benefit Pen. Plan<br>9100 Wilshire Blvd. #400W<br>Beverly Hills, CA 90212 | Howard Lettner<br>Bruce Hensel MD Def Benefit Pen. Plan<br>9100 Wilshire Blvd. #400W<br>Beverly Hills, CA 90212<br>310-271-0300 | Note Payable - Fort Myers | | 123,750.00 |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re  Secured California Investments, Inc.  
          Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Denise Simon<br>4926 Louise Avenue<br>Encino, CA 91316 | Denise Simon<br>Denise Simon<br>4926 Louise Avenue<br>Encino, CA 91316<br>818-789-6605 | Note Payable - Fort Myers | | 90,750.00 |
| Robert and Linda Hart<br>TTEE of Hart Family Trust<br>2433 1/2 Abbot Kinney Blvd.<br>Venice, CA 90291 | Robert Hart<br>Robert & Linda Hart, TTEE<br>Hart Family Trust<br>2433 1/2 Abbot Kinney Blvd.<br>Venice, CA 90291<br>310-822-2248 | Note Payable - Fort Myers | | 82,500.00 |
| Neal Handel, TTEE<br>13400 Riverside Dr #101<br>Sherman Oaks, CA 91423 | Neal Handel<br>Neal Handel, TTEE<br>13400 Riverside Dr #101<br>Sherman Oaks, CA 91423<br>818-788-3973 | Note Payable - Fort Myers | | 82,500.00 |
| Philip L. Grauman<br>1801 Casselberry Road<br>Louisville, KY 40205 | Phillip Grauman<br>Philip L. Grauman<br>1801 Casselberry Road<br>Louisville, KY 40205<br>502-396-3195 | Note Payable - Fort Myers | | 82,500.00 |
| Klaus Friederic<br>17653 Camino De Yatasto<br>Pacific Palisades, CA 90272 | Klaus Friederic<br>Klaus Friederic<br>17653 Camino De Yatasto<br>Pacific Palisades, CA 90272<br>310-600-2223 | Note Payable - Fort Myers | | 82,500.00 |
| Barry & Gabriella Brock, TTEE<br>13325 Valley Vista Blvd<br>Sherman Oaks, CA 91423 | Barry Brock<br>Barry & Gabriella Brock, TTEE<br>13325 Valley Vista Blvd<br>Sherman Oaks, CA 91423<br>818-784-3099 | Note Payable - Fort Myers | | 82,500.00 |
| Harold J. Stanton, TTEE<br>16530 Ventura Blvd, #205<br>Encino, CA 91436 | Harold Stanton<br>Harold J. Stanton, TTEE<br>16530 Ventura Blvd, #205<br>Encino, CA 91436<br>818-501-4224 | Note Payable - Fort Myers | | 82,500.00 |
| Howard & Marsha Spike, TTEE<br>6222 Kentland Avenue<br>Woodland Hills, CA 91367 | Howard Spike<br>Howard & Marsha Spike, TTEE<br>6222 Kentland Avenue<br>Woodland Hills, CA 91367<br>818-710-8951 | Note Payable - Fort Myers | | 82,500.00 |
| The R&J Family Limited Partnership<br>914 Westwood Blvd. # 535<br>Los Angeles, CA 90024 | Ron Behling<br>The R&J Family Limited Partnership<br>914 Westwood Blvd. # 535<br>Los Angeles, CA 90024<br>626-350-3166 | Note Payable - Fort Myers | | 61,875.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Secured California Investments, Inc.**                              Case No.   _____

                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Howard and Denise Simon** 4926 Louise Avenue Encino, CA 91316 | **Howard Simon** Howard and Denise Simon 4926 Louise Avenue Encino, CA 91316 818-789-6605 | **Note Payable - Fort Myers** | | 57,750.00 |
| **Punam Patel or Vidya Patel, TTEE** 13468 Alvarado Court Saratoga, CA 95070 | **Punam Patel** Punam Patel or Vidya Patel, TTEE 13468 Alvarado Court Saratoga, CA 95070 408-867-9136 | **Note Payable - Fort Myers** | | 41,250.00 |
| **Lawrence M. & Sunnie L. Daniels** 1301 Walnut Avenue Manhattan Beach, CA 90266 | **Lawrence Daniels** Lawrence M. & Sunnie L. Daniels 1301 Walnut Avenue Manhattan Beach, CA 90266 310-802-8142 | **Note Payable - Fort Myers** | | 41,250.00 |
| **Modris A. and Jann E. Tidemanis** 18 Calle Pastadero San Clemente, CA 92672 | **Mo Tidemanis** Modris A. and Jann E. Tidemanis 18 Calle Pastadero San Clemente, CA 92672 949-498-2028 | **Note Payable - Fort Myers** | | 41,250.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____2-11-11_____    Signature _____
                                          **Marc Paul**
                                          **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Central District of California

In re    **Secured California Investments, Inc.**                                    ,    Case No. _____
                                                     Debtor
                                                                                     Chapter _____ 11 _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Janice Holland<br>11541 Coolidge Pl<br>Los Angeles, CA 90066 | | 5.10% | |
| Marc Paul<br>9661 Wendover Dr<br>Beverly Hills, CA 90210 | | 47.45% | |
| Robert Robotti<br>11620 Wilshire Blvd.<br>10th Floor<br>Los Angeles, CA 90025 | | 47.45% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**February 11, 2011**_____    Signature_____/s/ Marc Paul_____
                                                           **Marc Paul**
                                                           **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Jeffrey N. Pomerantz<br>10100 Santa Monica Blvd<br>11th Floor<br>Los Angeles, CA 90067<br>310-277-6910 Fax:310-201-0760<br>CA State Bar Number: **CA Bar No. 143717** | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Secured California Investments, Inc.**<br><br>Debtor. | CHAPTER 11<br>CASE NUMBER<br><br>(No Hearing Required) |
|---|---|

# VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):

   **11620 Wilshire Blvd., 10th Floor
   Los Angeles, CA 90025**

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

   **11620 Wilshire Blvd., 10th Floor
   Los Angeles, CA 90025**

3. Disclose the current business address(es) for all corporate officers:

   **11620 Wilshire Blvd., 10th Floor
   Los Angeles, CA 90025**

4. Disclose the current business address(es) where the Debtor's books and records are located:

   **11620 Wilshire Blvd., 10th Floor
   Los Angeles, CA 90025**

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

   **11620 Wilshire Blvd., 10th Floor
   Los Angeles, CA 90025**

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2 **VEN-C**

| In re Secured California Investments, Inc. Debtor. | CHAPTER 11 CASE NUMBER |
|---|---|

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (*specify*):

   **Marc Paul, President**
   **11620 Wilshire Blvd., 10th Floor**
   **Los Angeles, CA 90025**

8. Total number of attached pages of supporting documentation: **0**

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on ___**February 11, 2011**___, at **Los Angeles**, California.

**Marc Paul**
*Type Name of Officer*                                                                                     *Signature of Declarant*

**President**
*Position or Title of Officer*

*Rev. 12/99*  This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **VEN-C**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                                                 Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **Not Applicable**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **Not Applicable**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    **Los Angeles, CA**    , California.

Dated    **February 11, 2011**

Marc Paul, President of Debtor

*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009    F 1015-2.1

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy